UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

HEALTHCARE AND RETIREMENT
CORPORATION OF AMERICA,

    Defendant.
_____/

CIVIL ACTION NO. 07-13670

DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

Defendant Healthcare and Retirement Corporation of America's Motion for Protective Order was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on June 26, 2008. Having reviewed the Motion, together with Plaintiff's Response, and having heard the arguments of counsel, I find that the Defendant's Motion should be, and the same is hereby denied as moot, in light of the court's disposition of Plaintiff's Motion to Compel Discovery and Modify Scheduling Order.

                              s/Donald A. Scheer
                              DONALD A. SCHEER
                              UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2008

_____

**CERTIFICATE OF SERVICE**

I hereby certify on June 27, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on June 27, 2008. **None.**

                              s/Michael E. Lang
                              Deputy Clerk to
                              Magistrate Judge Donald A. Scheer
                              (313) 234-5217