# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                                                  Case No. 07-13670

HEALTHCARE AND RETIREMENT                    District Judge Arthur J. Tarnow
CORPORATION OF AMERICA, d/b/a Heartland
Health Care Center–Canton,                              Magistrate Judge Donald A. Scheer

      Defendant.
_____/

### ORDER REJECTING DEFENDANT'S OBJECTIONS [31]; ADOPTING MAGISTRATE JUDGE'S ORDER [28] DENYING MOTION TO COMPEL; AND DENYING AS MOOT PLAINTIFF'S MOTION [39] TO SUPPLEMENT RESPONSE TO OBJECTIONS

Before the court is are defendant's objections to M.J. Scheer's order denying defendant's motion to compel discovery.

The objections are REJECTED, the order is ADOPTED, and plaintiff's motion to supplement is DENIED as moot.

SO ORDERED.

                                       S/ARTHUR J. TARNOW
                                       Arthur J. Tarnow
                                       United States District Judge

Dated: April 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 21, 2009, by electronic and/or ordinary mail.

                                       S/THERESA E. TAYLOR
                                       Case Manager